United States District Court
Southern District of Texas

**ENTERED**

July 29, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-21-212 |
| | § | |
| | § | |
| | § | |
| BRANDON EUGENE JOHNSON | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 21). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 29, 2022 |
| Responses are to be filed by: | September 12, 2022 |
| Pretrial conference is reset to**: | **September 19, 2022 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 26, 2022 at 9:00 a.m.** |

SIGNED on July 29, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge